ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

March 15, 2016

A. Mitchell Greene
(212) 603-6399
amg@robinsonbrog.com

**VIA ECF AND OVERNIGHT MAIL**
Honorable Victor Marrero
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   163 East 69 Realty, LLC v. Congregation Achpretvia Tal Chaim Sharhayu
Shor, Inc., Index No. 16-cv-01666-VM

Dear Judge Marrero:

This office is counsel to Congregation Achpretvia Tal Chaim Sharhayu Shor, Inc. (the "Debtor") in its chapter 11 bankruptcy proceeding pending in the United States Bankruptcy Court for the Southern District of New York, Bankruptcy Case No. 16-10092-mew.

The above-referenced proceeding was originally filed in the Supreme Court of the State of New York, New York County, Index No. 161573/2015 seeking specific performance with respect to a contract of sale between the parties. On March 4, 2016, the Debtor filed its notice of removal of the action in the Supreme Court and to this Court, which action was subsequently assigned to Your Honor.

Pursuant to the 1986 Standing Order of Referral, as supplemented in December 2012, we respectfully request that this matter be referred to the Bankruptcy Court.



{00781661.DOC;1 }

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

Hon. Victor Marrero
United States District Court Judge
March 15, 2016
Page 2

Please have your chambers contact me with any questions.

Respectfully submitted,

A. Mitchell Greene

cc:    Nicole M. Sosnowski,
Frederick E. Schmidt, Jr.
Alvin H. Glick
Stephen H. Orel
Ethan Kobre
Claude Castro
Henry Kohn
(all via overnight mail)

Request GRANTED. The Clerk
of Court is directed to
refer this action to the
Bankruptcy Court for the
Southern District of New
York

SO ORDERED:

2-18-16

DATE    VICTOR MARRERO, U.S.D.J.

{00781661.DOC;1 }