# **Exhibit B**

NYSCEF
New York County Supreme Court

**Document List**
**Index #  161573/2015**

Created on:03/02/2016 04:36 PM

Case Caption:   **163 EAST 69 REALTY, LLC. - v. - CONGREGATION ACHPRETVIA TAL CHAIM SHAR HAYUSHOR, INC.**
Judge Name:    **Charles Edward Ramos**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS | Processed | 11/10/2015 | Sosnowski, N. |
| 2 | COMPLAINT | Processed | 11/10/2015 | Sosnowski, N. |
| 3 | NOTICE OF PENDENCY - *Corrected* | Processed | 11/17/2015 | Sosnowski, N. |
| 4 | AFFIDAVIT<br>Affidavit of Service | Processed | 11/20/2015 | Sosnowski, N. |
| 5 | NOTICE OF APPEARANCE (PRE RJI)<br>Notice of Appearance | Processed | 11/23/2015 | Rivera, P. |
| 6 | ANSWER<br>Verified Answer | Processed | 12/08/2015 | Rivera, P. |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service | Processed | 12/08/2015 | Rivera, P. |
| 8 | ORDER TO SHOW CAUSE ( PROPOSED ) | Processed | 12/23/2015 | Sosnowski, N. |
| 9 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>Affirmation of Exigent Circumstances | Processed | 12/23/2015 | Sosnowski, N. |
| 10 | EXHIBIT(S)<br>Copy of Letter & Proofs of Mailing | Processed | 12/23/2015 | Sosnowski, N. |
| 11 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>Sosnowski Affirmation in Support | Processed | 12/23/2015 | Sosnowski, N. |
| 12 | EXHIBIT(S)<br>Copy of Contract | Processed | 12/23/2015 | Sosnowski, N. |
| 13 | EXHIBIT(S)<br>Summons & Complaint | Processed | 12/23/2015 | Sosnowski, N. |
| 14 | EXHIBIT(S)<br>Notice of Pendency | Processed | 12/23/2015 | Sosnowski, N. |
| 15 | EXHIBIT(S)<br>First Rider | Processed | 12/23/2015 | Sosnowski, N. |
| 16 | EXHIBIT(S)<br>Second Rider | Processed | 12/23/2015 | Sosnowski, N. |
| 17 | EXHIBIT(S)<br>Services Webpage | Processed | 12/23/2015 | Sosnowski, N. |
| 18 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>Lowenberg Affidavit in Support | Processed | 12/23/2015 | Sosnowski, N. |
| 19 | MEMORANDUM OF LAW<br>Memo of Law | Processed | 12/23/2015 | Sosnowski, N. |
| 20 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 12/23/2015 | Sosnowski, N. |
| 21 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 12/23/2015 | Sosnowski, N. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 22 | ORDER TO SHOW CAUSE | Processed | 12/24/2015 | Court User |
| 23 | ANSWER (AMENDED) <br> First Amended Answer | Processed | 12/28/2015 | Restrepo, J. |
| 24 | THIRD PARTY SUMMONS/COMPLAINT <br> Third Party Summons and Complaint | Processed | 12/28/2015 | Restrepo, J. |
| 25 | EXHIBIT(S) <br> Summons and Complaint | Processed | 12/28/2015 | Restrepo, J. |
| 26 | EXHIBIT(S) <br> Verified Answer | Processed | 12/28/2015 | Restrepo, J. |
| 27 | EXHIBIT(S) <br> Order to Show Cause | Processed | 12/28/2015 | Restrepo, J. |
| 28 | NOTICE OF COMPLIANCE <br> CPLR 3402(B) Notice of Compliance | Processed | 12/28/2015 | Restrepo, J. |
| 29 | AFFIDAVIT | Processed | 01/08/2016 | Restrepo, J. - filed by INSYNC |
| 30 | AFFIDAVIT | Processed | 01/08/2016 | Restrepo, J. - filed by INSYNC |
| 31 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 01/08/2016 | Restrepo, J. - filed by INSYNC |
| 32 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE <br> Affirmation in Opposition | Processed | 01/08/2016 | Rivera, P. |
| 33 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE <br> Affidavit in Opposition | Processed | 01/08/2016 | Rivera, P. |
| 34 | MEMORANDUM OF LAW IN OPPOSITION <br> Memorandum of Law in Opposition of Plaintiff's Order to Show Cause | Processed | 01/08/2016 | Rivera, P. |
| 35 | AFFIDAVIT | Processed | 01/12/2016 | Restrepo, J. - filed by INSYNC |
| 36 | AFFIDAVIT | Processed | 01/12/2016 | Restrepo, J. - filed by INSYNC |
| 37 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 01/12/2016 | Restrepo, J. - filed by INSYNC |
| 38 | AFFIDAVIT | Processed | 01/14/2016 | Restrepo, J. - filed by INSYNC |
| 39 | AFFIDAVIT | Processed | 01/14/2016 | Restrepo, J. - filed by INSYNC |
| 40 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 01/14/2016 | Restrepo, J. - filed by INSYNC |
| 41 | AFFIDAVIT OR AFFIRMATION IN REPLY | Processed | 01/14/2016 | Sosnowski, N. |
| 42 | MEMORANDUM OF LAW IN REPLY | Processed | 01/14/2016 | Sosnowski, N. |
| 43 | DECISION + ORDER ON MOTION | Processed | 02/05/2016 | Court User |