UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

**CONGREGATION ACHPRETVIA TAL CHAIM SHARHAYU SHOR, INC.,**

Debtor.

Chapter 11

Case No. 16-10092-mew

------------------------------------------------------------------X

**163 EAST 69 REALTY, LLC,**

                   Plaintiff,

    -against-

**CONGREGATION ACHPRETVIA TAL CHAIM SHARHAYU SHOR, INC., A New York Religious Corporation,**

                   Defendant.

Supreme Court Index No. 161573/2015

------------------------------------------------------------------X

**CONGREGATION ACHPRETVIA TAL CHAIM SHARHAYU SHOR, INC., A New York Religious Corporation,**

                   Third-Party Plaintiff,

    -against-

**ALVIN H. GLICK, as a Director of Congregation Achpretvia Tal Chaim Sharhayu Shor, Inc.; ALVIN H. GLICK, as Officer of Mautner-Glick Corp.; MAUTNER-GLICK CORP., a New York Business Corporation; CLAUDE CASTRO, ESQ. individually; CLAUDE CASTRO & ASSOCIATES PLLC, a New York Professional Service Limited Liability company, and HENRY KOHN, ESQ.,**

                   Third-Party Defendants.

------------------------------------------------------------------X

{00780199.DOCX;1 }

**Debtor, Defendant, and Third Party Plaintiff:**
Congregation Achpretvia Tal Chaim Sharhayu Shor, Inc.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300

**Plaintiff:**
163 East 69 Realty, LLC
Kossoff, PLLC
Attn: Nicole M. Sosnowski, Esq.
217 Broadway, Suite 401
New York, New York 10007

Cozen O'Connor
Attn: Frederick E. Schmidt, Jr.
45 Broadway, 16th Floor
New York, New York 10006

**Third-Party Defendant:**
Alvin H. Glick
300 Winston Drive
Cliffside Park, NJ 07010

**Third-Party Defendant:**
Mautner-Glick Corp.
Schwartz Sladkus Reich Greenberg Atlas, LLP
Attn: Stephen H. Orel and Ethan Kobre
270 Madison Avenue
New York, New York 10016

**Third-Party Defendant:**
Claude Castro
444 Madison Avenue, Suite 500
New York, New York 10022

**Third-Party Defendant:**
Claude Castro & Associates
444 Madison Avenue, Suite 500
New York, New York 10022

**Third-Party Defendant:**
Henry Kohn
4912 13th Avenue
Brooklyn, New York 11219

{00780199.DOCX;1 }