| | |
|---|---|
| ROBINSON BROG LEINWAND GREENE<br>  GENOVESE & GLUCK P.C.<br>875 Third Avenue<br>New York, New York 10022<br>A. Mitchell Greene<br>(212) 603-6300<br>*Attorneys for the Debtor and Debtor in Possession* | Presentment Date:<br>April 12, 2016 at 12:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                           Chapter 11

                                                                                       16-10092-mew
**CONGREGATION ACHPRETVIA TAL
CHAIM SHARHAYU SHOR, INC.**,

                                   Debtor.
-----------------------------------------------------------X

## NOTICE OF PROPOSED ORDER TO RETAIN APPRAISER

**PLEASE TAKE NOTICE,** that upon the attached application, the annexed proposed order authorizing retention of an appraiser for the Debtor's real property ("Order"), will be presented to the Honorable Michael E. Wiles, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, on the **12th day** of **April, 2016** at **12:00 p.m.** for signature ("Presentment Date").

**PLEASE TAKE FURTHER NOTICE**, that objections to the relief sought herein, if any, must be in writing, filed with the Court, with a courtesy copy delivered to chambers, and served upon the undersigned so as to be received no later than 11:30 a.m. on the Presentment Date. Such objections shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy

{00785280.DOCX;1 }539813

Court electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, but all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF) (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order M-242, upon **Robinson Brog Leinwand Greene Genovese & Gluck P.C., Attn: Fred B. Ringel, Esq., 875 Third Avenue, New York, New York 10022.**  In the event objections are timely interposed, the Court may schedule a Hearing on said objections.  In the event no objections are timely interposed, the Order may be signed.

**DATED:**     New York, New York
              April 5, 2016

                                        **ROBINSON BROG LEINWAND GREENE**
                                        **GENOVESE & GLUCK P.C.**
                                        **Attorneys for the Debtor**
                                        875 Third Avenue, 9th Floor
                                        New York, New York 10022

                                        By:/s/Fred B. Ringel_____
                                            **Fred B. Ringel**

{00785280.DOCX;1 }539813