ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Steven B. Eichel
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

CONGREGATION ACHPRETVIA TAL
CHAIM SHARHAYU, INC.,

             Debtor.
------------------------------------------------------------------X

Chapter 11

Case No.: 16-10092
(MEW)

AFFIDAVIT IN SUPPORT OF DEBTOR'S APPLICATION
FOR AUTHORIZATION TO RETAIN APPRAISER

STATE OF NEW YORK    )
          ss.:
COUNTY OF NEW YORK    )

   Robert VonAncken, duly sworn, deposes and says:

   1.  I am a Chairman of **Landauer Valuation & Advisory**, a division of **Newmark, Grubb, Knight Frank** ("Landauer"). Landauer maintains offices and a principal place of business at 125 Park Avenue, New York, New York 10017..

   2.  This affidavit is submitted in support of the *Application of Debtor for Authorization to Retain an Appraiser* (the "Application"). Pursuant to the Application, the debtor, Congregation Achpretvia Tal Chaim Shar Hayushor, Inc. (the "Debtor") seeks authorization for its counsel, Robinson Brog Leinwand Reich

{00785174.DOCX;1 }

1

Genovese & Gluck P.C. to retain Landauer to provide appraisal services in connection with this case.

3. Except as set forth herein, neither I nor any other partner or officer of Landauer has represented or now represents any entity in connection with this case. Landauer may, from time to time have performed services for entities that are creditors of the Debtor on matters that are unrelated to the Debtor or this case.

4. Landauer has received no payment or promise of payment for services rendered or to be rendered in this case except as set forth in the Application and the Exhibits thereto.

5. To the best of my information and belief, neither I nor Landauer hold or represent any interest adverse to the Debtor in the matters upon which Landauer is to be engaged. I believe that Landauer is a "disinterested person" as that term is defined in section 101 of the Bankruptcy Code. Except that Landauer may have, from time to time, represented creditors with respect to matters unconnected with this case. Except as stated herein, to the best of my knowledge, information and belief, neither I nor Landauer, nor any partner or officer thereof has any connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and will not, at any time,

represent any other entity in connection with this case

_____
ROBERT VONANCKEN

Sworn to before me this
4th day of April 2016

_____
Notary Public



